IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN S. JACQUETT,

    Petitioner,                    No. CIV S-96-1429 DFL JFM P

    vs.

A. C. NEWLAND, Warden,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 10, 2005, petitioner sent a letter addressed to the Honorable Lawrence K. Karlton, who forwarded it to the assigned district judge. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. The previous application was filed on August 6, 1996, and was denied on the merits on October 6, 1998. Before petitioner can proceed with a new application for habeas relief he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3).

1

1 In addition, any request that this court issue an order must be made by formal
2 motion.  See Fed. R. Civ. P. 7(b).  Any motion filed must comply with the Local Rules of this
3 court.[1]
4 Accordingly, IT IS HEREBY ORDERED that petitioner's August 10, 2005 letter
5 will be placed in the court file and disregarded.
6 DATED:  August 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001; jacq1429.ltr

---

[1] To the extent petitioner seeks reconsideration, petitioner must comply with Rule 60(b) of the Federal Rules of Civil Procedure.  See also Rule 11, 28 U.S.C. foll. § 2254.

2